**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF GEORGE
WITTMAIER, JR., AN INCAPACITATED
PERSON

PETITION OF: GEORGE WITTMAIER,
JR.

: No. 679 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2016, the Petition for Allowance of Appeal

is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.